**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN SALTER,

    Plaintiff,

v.                                                  Case No: 8:14-cv-479-T-30EAJ

CHIPOTLE MEXICAN GRILL, INC.,

    Defendant.

_____

**ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Unopposed Motion to Remand to State Court (Dkt. #14).  Upon review and consideration, it is the Court's conclusion that the Motion should be granted.

On January 17, 2014, Plaintiff filed a complaint in state court alleging state law employment discrimination claims. Plaintiff alleged that the amount in controversy exceeded $15,000 but was less than $75,000. On February 4, 2014, Defendant removed the action to this Court. The removal was based on 28 U.S.C. § 1332(a). Defendant asserted complete diversity of citizenship between the parties and that the amount in controversy exceeds $75,000. The parties do not dispute the diversity of citizenship.

It is the Defendant's burden to establish diversity jurisdiction as of the date of removal.  *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1061(11th Cir. 2010) (citations omitted).   In its Notice of Removal, the Defendant presented evidence of what it believed to be Plaintiff's unmitigated damages in excess of $75,000. However, as Plaintiff's

declaration demonstrates his economic damages are less than the jurisdictional amount after taking mitigation into account.   At this time, Defendant does not oppose remand.

The Court concludes that it lacks subject matter jurisdiction and this case should be remanded. It is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion to Remand (Dkt. #14) is GRANTED.

2. The Clerk is directed to remand this action to the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, and provide that court with a copy of this Order.

3. The Clerk of Court is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-479 m to remand 14.docx